14-cv-0137 SEC P

07/31/14

Federal District Judge Tom Stagg
United States District Court
Western District of Louisiana
300 Fannin Street
Shreveport LA 71101

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   SHREVEPORT

AUG 0 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

3:14-cv-2464 SEC P

re: DON BAKER (vs CLIFFORD ROYCE STRIDER III ET AL)... <u>KIDNAPPED AGAIN</u>.

Dear Judge Tom Stagg,

I believe you are as convinced as I that I am the victim of a conspiracy. I am literally a Political Prisoner: One who is being held against his will, and with no legal validation or documented support, despite abundant protestations to that effect. Indeed, several weeks ago I mailed your office an invoice from the Lincoln Parish Clerk's Office stating:

"Any records which prohibited release from the Detention Center on 10/29/13 - no information has been filed with the Lincoln Parish Clerk's Office."

I used that very item (dated 06/11/14) in my enclosed 06/17/14 pro se filing "Motion for the Recognition of Existing Louisiana Bail Laws". Quite predictably, the LA Assistant Attorney General Clifford Royce Strider III literally <u>wanted to hear nothing about the observance of any laws; he saw to it the Hearing was abruptly ended.</u> (What happened after the Hearing was even more harrowing, but I'll save it for the lawsuit.)

This is a perfect representation of what I've been saying about CRS <u>III</u> for years now: <u>He hates the laws</u>. He, and those in his orbit, live in his Country of Cliff Strider, recognizing only the rules he imagines, suiting his own purposes. In this instance, it's seeing to it I am perpetually incarcerated. (What must he be trying to hide?) Here are some events he has "presided" over:

- 10/29/13 – My False Imprisonment (R.S. 14:46) begins. This is given that I'd served my cyberstalking sentence as of this Release Date, and my "arson" bond was, and is, still in effect.
- 11/26/13 – I'm Kidnapped (according to R.S. 14:45), when I'm transported against my will to Jackson Parish Correctional Center, despite my "free" status

KIDNAPPED AGAIN-1

- 06/17/14 - Scofflaw CRS III (aided by some ad hoc unidentified to me judge) scoff at the laws showing I should have been a free man all along.
- 07/21/14 - I'm kidnapped again, and disruptively shipped back to the LPDC.

The parties immediately involved in this ongoing conspiratorial imprisonment are Sheriff Mike Stone, Warden Jim Tuten, Cliff Strider of course (and with little the doubt D.A. Robert Tony). They are nervously laughing not only at me and the law, but by extension you, U.S. Attorney General Eric Holder, and before and soon again, President Barack Obama. This is because you all know I am illegally incarcerated and yet none are (capable of) doing anything about it. I however, am doing all I can.

It is not "reasonable to expect" that the only reason I remain in jail is my "failing" to have filed a Title 42 with funds and form yet. Were I in Europe, particularly England, France, Germany or the Nordic countries, someone with power would likely have thumped this little creep Cliff Strider aside, once his exploits were revealed, long ago. Of course, here in the USA we're too timid toeing the "states rights" line, so individual rights suffer. I'm being made to suffer due to the lack of will, not laws of others. The law is on my side but no one is enforcing them. This is a national embarrassment.

My federal civil rights lawsuit is very much nearing completion. It is not finished yet, despite my original protestations beginning six or so months ago, because:

(1) It's the largest, most conspiratorially complex civil rights lawsuit of its kind ever, and spanning over eight years... and being done behind bars. Early on, a Court supplied Docket reflected "Jay McCollum [SIC]" as a Defendant. I'd provided nothing more than a (parenthetical) aside about him. Was I to sign the form and pay the funds and hope to see McCollum served based solely on that? (Discretion directed otherwise.)

I've crafted several pages of Complaint, with supporting evidence, for most of the now score of Defendants involved in this lawsuit. There were glaring omissions in the Defendants list, such as the absence of Jim Tuten and the Department of Insurance's James Gordon (who licences foremen). I have laboriously connected the dots into a very unattractive but clear conspiratorial picture. The evidence which I, if not the Court, considered requisite did not come easily.

KIDNAPPED AGAIN-2

② I'm not Superman, nor do I possess his digestive tract. I am only as productive as my body allows. People either forget or don't know the dietary dilemmas inmates face. I've spent 15 months forced to eat what two different institutions either freely provide or will sell me. Consequently, my productive hours daily have ranged from 6 to zero. (I often can only muster lying on my cot "digesting".) The jail environment is one consistent 24/7 distraction. Strip searches are not optional. I've been beaten and taken to the hospital for repairs, and have been debilitated countless weeks due to constant exposure to freely spread germs of 100's of inmates, over 15 months.

③ I'm contending with a 2-headed legal hydra, and must feed both heads of the beast. Defense consists of seeing to it I'm not convicted of a crime I didn't commit. Offense consists of attempting to see to it both Retributive & Restorative justice are pursued. I have invested time communicating with U.S. Attorney General Eric Holder, attempting to enjoin his Department's services in addressing the criminal aspects of the Defendants' actions. That entails my due diligence in referring to the applicable laws, of which there are many. (I even suggested "...one venue, one single season of subpoenas...")

This recent relocation to the LPDC has cost me considerably:
① I was forced to leave much behind, including the irreplaceable notepads I had stocked and used for consistent formatting. Also left (if not lost) was completed Submittal work (e.g. "CARY BROWN, ADA-DEFENDANT"), which was in the hands of the JPCC's "Law Library" for copy. I must now recreate.
② I'm back in the Lions' Den, at unknown risk. I am now and again being housed by those I am suing. Cliff Strider & Co. already see themselves losing their case against me. (I've done exemplary work both in and out of court.) That would panic CBS II enough if I were using a high-powered defense attorney. Given I'm defending myself, a "mere mortal" with no law degree, I'm certain I'm causing him sleepless nights. That fact is compounded by his delusion that he is invincible, while I am a cipher to be checked off his To-Do List. With that delusion waning, he's likely beginning to realize that his "disappearing bond trick" has been made apparent and he can foresee severe criminal repercussions. This situation has now reached critical mass, as I am trying to persuade the Justice Department.

KIDNAPPED AGAIN-3

I've suffered Cliff Stride's assaults on my civil rights for years. Now, his world as he knew it is no longer assured, and is being replaced by sheer desperation. I have reason to believe that my mail has been not only reviewed but confiscated and/or destroyed since my return to "the D.C.". In an effort to expedite my lawsuit, I'd mailed out my 8-page, handwritten component concerning "DON BAKER VS CRS III ETAL, JAY McCALLUM, THIRD JUDICAL DISTRICT JUDGE-DEFENDANT" to be word processed. A conversation with the Lafayette recipient this 07/25/14 indicated I should have it back by now. If the D.C., indeed "CRS III & Co" has realized this lawsuit exists, I can imagine what I now face: abject obstruction. When living in the Country of Cliff Strides as I have for eight years, the only place I view the U.S.A. is in my rear-view-mirror. However, I must persevere for the sake of many, despite these set-backs.

I still need your help. No laws or other mechanisms seem to exist for "non-intrusively" freeing a political prisoner. Here are some ideas:

① Do as I originally requested: Contact those holding me and require they provide documentation why I'm still in jail. When they don't have it, "recommend" that I be freed. There's nothing illegal about that. If they complied, hopefully I'd leave with my work intact and could complete it soon, but outside.

② Hint what would happen if I just submitted "the form" and the $400. (The $400 will have to come separately. Even though I have that money on my books here, the D.C. simply isn't set up for money transfers. That's particularly true when you're asking them to help you pay for... suing themselves.) If what I had before (e.g., "The Conspiracy Against Don Baker") was sufficient to free me then, and would be now — with of course "the form" accompanying it — then I could get out and complete my work outside, hopefully without too much concommitant confusion. It's irrelevant to me whether it's a "prisoner Title 42" or simply a free citizen's Title 42 which sees that justice is done. (I'll pay the $400 twice if need be.) That way I'm not continually sweating confiscation of either my work or my mail... significantly.

③ Send me a copy of the first page ("I need your help. This state needs your help...") and the P.S. page of the letter I originally sent you which became Civil Action #3:14 CV 138. I submitted those two pages to the JPCC "Law Library" for copy and will doubtless never see them again. Your having them sent to me will be an assurance at least my mail is received, and returned. I'd have a hard time submitting "all" otherwise.

L.P.D.C., P.O. Box 2028, Ruston LA 71273

Sincerely,
Don Baker

KIDNAPPED AGAIN-4