UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONALD RAY BAKER | CIVIL ACTION NO. 14-2464 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CLIFFORD R. STRIDER, III | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available State court remedies.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 14th day of October, 2014.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE